UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABRYANT WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-220** |
| **AMANDA TROSCLAIR et al.** | **SECTION: "G"** |

## ORDER

Before the Court is Plaintiff Abryant Williams' ("Plaintiff") Motion for Extension of Time to Serve Defendant.[1] This case was filed on January 31, 2022.[2] To date, Defendants Amanda Trosclair, Mary Strahan, Robert Trahan, Kendra Davis, Department of Children and Family Services, and the State of Louisiana, have not been served. On May 25, 2022, the Court ordered Plaintiff to show cause as to why Defendants should not be dismissed for Plaintiff's failure to prosecute.[3] Plaintiff now asks for an additional 60 day to serve Defendants.[4] Plaintiff represents that she is "totally disabled" and "requests and accommodation" granting her an additional 60 days to serve Defendants.[5]

Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.  This subdivision does not apply to service in a foreign country.

---

[1] Rec. Doc. 11.

[2] Rec. Doc. 1.

[3] Rec. Doc. 9.

[4] Rec. Doc. 11.

[5] *Id.*

Considering Plaintiff's representations, the Court finds good cause exists to extend the deadline for service. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Abryant Williams' Motion for Extension of Time to Serve Defendants[6] is **GRANTED.** The deadline for Plaintiff to effect service on all Defendants is extended for sixty (60) days from the date of entry of this Order.

**NEW ORLEANS, LOUISIANA** this  23rd  day of June, 2022.

                                                    **NANNETTE JOLIVETTE BROWN**
                                                    **CHIEF JUDGE**
                                                    **UNITED STATES DISTRICT COURT**

---

[6] *Id.*